## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 376 WAL 2018

          Respondent    :

                             :    Petition for Allowance of Appeal from
                             :    the Order of the Superior Court

          v.    :

                             :

BEVERLY KAYE STEFFEY,    :

          Petitioner    :

COMMONWEALTH OF PENNSYLVANIA,    :    No. 377 WAL 2018

          Respondent    :

                             :    Petition for Allowance of Appeal from
                             :    the Order of the Superior Court

          v.    :

                             :

BEVERLY KAYE STEFFEY,    :

          Petitioner    :

COMMONWEALTH OF PENNSYLVANIA,    :    No. 378 WAL 2018

          Respondent    :

                             :    Petition for Allowance of Appeal from
                             :    the Order of the Superior Court

          v.    :

                             :

BEVERLY KAYE STEFFEY,    :

          Petitioner    :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 21st day of February, 2019, the Petition for Allowance of

Appeal is **GRANTED**. The issue, as stated by petitioner, is:

> Whether, in a case of first impression after and in light of this Court's decision in *Commonwealth v. Veon*, 150 A.3d 435 (Pa.2016), the Superior Court erred in holding that a sentence to pay restitution to a nonprofit corporation may be ordered?